IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| PERRY BLAINE HALSEY JR. | Violations:  18 U.S.C. §§ 113(a)(3) and 1153 |

COUNT ONE

**Assault With a Dangerous Weapon**

The Grand Jury Charges:

On or about December 24, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

PERRY BLAINE HALSEY JR.,

an Indian, did assault Christopher Two Bears with a dangerous weapon, namely, a screwdriver, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

<u>COUNT TWO</u>

**Assault With a Dangerous Weapon**

The Grand Jury Further Charges:

On or about December 24, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

PERRY BLAINE HALSEY JR.,

an Indian, did assault Skip Summers with a dangerous weapon, namely, a screwdriver, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

BSR/vlt